UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Dismissal acknowledged.
> s/Larry J. McKinney, Judge
> United States District Court
> Southern District of Indiana
> Date: 11/18/2015

| | |
|---|---|
| ANTHONY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE No. 1:15-cv-01279-LJM-MJD |
| | ) |
| | )    Honorable Larry J. McKinney |
| | ) |
| AMERICAN CORADIUS | ) |
| INTERNATIONAL, LLC | ) Magistrate Honorable Mark J. .Dinsmore |
| | ) |
| Defendant, | ) |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, ANTHONY BROWN ("Plaintiff"), by and through his attorneys, Consumer Law Partners, LLC and in support of Plaintiff's stipulation of dismissal, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41, hereby stipulates to the dismissal of his claims against the Defendant with prejudice. Each party shall bear its own costs and fees.

Dated: November 13, 2015                              Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C Volheim
Counsel for Plaintiff
Consumer Law Partners, LLC
435 North Michigan Avenue, Suite 1609
Chicago, Illinois 60611
Phone (267) 422-1000
Fax: (267)422-2000